**92–758.** Barksdale v. Ohio Dept. of Adm. Serv. *Franklin County*, No. 91AP–833. Cause dismissed, on appellant's application for dismissal, effective May 11, 1992.

*Friday, May 15, 1992*

## MOTION DOCKET

**92–840.** Farley v. Licking Cty. Court of Common Pleas, Domestic Relations Div. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's request for temporary restraining order,

IT IS ORDERED by the court that said request for temporary restraining order be, and the same is hereby, denied, effective May 13, 1992.

## MISCELLANEOUS DISMISSALS

**92–784.** Bufford v. Beacon Ins. Co. of Am. *Mahoning County*, No. 90 C.A. 112. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Mahoning County to certify its record and was considered in a manner prescribed by law. On application of counsel for appellee, this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice, effective May 13, 1992.

*Wednesday, May 20, 1992*

## MERIT DOCKET

**91–1096.** State ex rel. Hadlock v. Fuerst. *Cuyahoga County*, No. 61168. The judgment of the court of appeals is affirmed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2261.** Brest v. Christman. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., SWEENEY and DOUGLAS, JJ., would deny the writ.

**92–520.** State ex rel. Hattie v. Capots. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–524.** State ex rel. Freeman v. Wilkinson. In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–548.** State ex rel. Russell v. Guarino. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.